IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Clifford Toms, | ) | C/A No. 3:18-2038-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Richland County Recreation Commission., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, Clifford Toms, filed this civil action in July 2018.[1] This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On July 25, 2018, the court issued a Scheduling Order that set a dispositive motions deadline of March 7, 2019. (ECF No. 5.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **March 15, 2019** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

March 8, 2019
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

---

[1] The defendant removed this matter from the Richland County Court of Common Pleas.